IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McCLELLAN, | 1:09-cv-00256-LJO-GSA |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A PRISONER CIVIL RIGHTS CASE |
| vs. | |
| DAVID MOUNTAIN, et al., | **New Case Number** |
| Defendants. | 1:09-cv-00256-LJO-GSA-PC |

On February 10, 2009, plaintiff Gregory McClellan ("Plaintiff") filed the complaint which commenced this action. (Doc. 1.) The Clerk of the Court designated the action as a prisoner civil rights action pursuant to 42 U.S.C. § 1983 Prisoner Civil Rights, Nature of Suit 550 Prisoner Civil Rights. On February 23, 2009, the Court directed the Clerk to redesignate the case as a regular civil action pursuant to 42 U.S.C. § 1983 Civil Rights Act, Nature of Suit 440 Civil Rights: Other. (Doc. 5.)

On March 5, 2009, the case was dismissed and judgment was entered. (Docs. 6, 7.) On March 19, 2009, Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals. (Doc. 9.) On October 6, 2010, the Ninth Circuit vacated the dismissal under Heck v. Humphrey, 512 U.S. 477 (1994) of Plaintiff's claim challenging parole revocation and remanded the case to the district court for further proceedings in consideration of the Heck exception set forth in Nonnette v. Small, 316 F.3d 872 (9th Cir. 2002). (Doc. 12.) In light of this decision, it is appropriate at this juncture for this action to be redesignated a prisoner civil rights action pursuant to 42 U.S.C. § 1983.

1

1 | Plaintiff is advised that the new case number shall be **1:09-cv-00256-LJO-GSA-PC**, and all future pleadings and/or correspondence must be so numbered. Plaintiff is advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 550, and to reflect this designation by addition of a PC to the case number;

2. The Clerk is also DIRECTED to reflect the new designation on the court's docket and issue the appropriate notice; and

3. Plaintiff's new case number is **1:09-cv-00256-LJO-GSA-PC**, and all future pleadings and/or correspondence must be so numbered.

IT IS SO ORDERED.

Dated:    **May 27, 2011**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE